UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRN TECHNOLOGIES, INC.
d/b/a SCAN SCRIPT, a Michigan
corporation,

    Plaintiff,

v.                                                                                                            Case No. 13-12286

WALGREEN CO., an Illinois corporation,                                    HON. AVERN COHN

    Defendant.
_____/

## ORDER MODIFYING SCHEDULING ORDER

    This is a patent case. The patent-in-suit is U.S. Patent No. 6,871,783 (the '783 patent). It covers a METHOD OF DISPENSING MEDICAL PRESCRIPTIONS.

    On December 16, 2013, the Court entered a scheduling order (Doc. 12) setting forth the course of action to move the case forward prior to a *Markman* hearing. Unintentionally, the Court's scheduling order limits claim construction to Claim 1 of the '783 patent. Plaintiff filed an objection to the scheduling order asking "that the scope of disputed claim language . . . be expanded to cover Claim 2 and that Walgreen Co. be asked to identify allegedly ambiguous terms from that claim as well as Claim 1."

    The scheduling order is MODIFIED insofar as it limits claim construction to Claim 1. Defendant shall identify the ambiguous words/phrases in both Claim 1 and Claim 2. The remainder of the scheduling order remains in effect.

    SO ORDERED.

Date: January 3, 2014                s/ Avern Cohn
                                               UNITED STATES DISTRICT JUDGE

CERTIFICATION

I hereby certify that a copy of this order was served by electronic means upon counsel of record on this 3rd day of January, 2014.

s/ Carol J. Bethel
Case Manager