# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

PRN TECHNOLOGIES, INC.
d/b/a SCAN SCRIPT,

        Plaintiff,

v.

WALGREEN CO.,

        Defendant

JURY TRIAL DEMANDED

Civil Action No. 2:13-cv-12286-AC-RSW

Hon. Avern Cohn
Hon. R. Steven Whalen

---

| | |
|---|---|
| CARLSON, GASKEY & OLDS, P.C.<br>John E. Carlson (P51379)<br>Steven Susser (P52940)<br>David L. Atallah (P73403)<br>400 W. Maple, Suite 350<br>Birmingham, MI 48009<br>(248) 988-8360<br>jcarlson@cgolaw.com<br>ssusser@cgolaw.com<br>datallah@cgolaw.com<br><br>*Attorneys for Plaintiff* | MCANDREWS, HELD & MALLOY, LTD.<br>Timothy J. Malloy<br>Scott P. McBride<br>Stephanie Samz<br>Daniel S. Stringfield<br>500 West Madison Street, Suite 3400<br>Chicago, Illinois 60661<br>(312) 775-8000<br>tmalloy@mcandrews-ip.com<br>smcbride@mcandrews-ip.com<br>ssamz@mcandrews-ip.com<br>dstringfield@mcandrews-ip.com<br><br>and<br><br>MILLER, CANFIELD, PADDOCK AND STONE, PLC<br>Clarence L. Pozza, Jr. (P24168)<br>150 W. Jefferson, Suite 2500<br>Detroit, MI  48226<br>(313) 963-6420<br>pozza@millercanfield.com<br><br>*Attorneys for Defendant* |

1

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PRN Technologies, Inc. ("PRN") and Defendant Walgreen Co. ("Walgreens"), and their affiliates, divisions and subsidiaries, through their respective attorneys, that the above-captioned action, including the claims by PRN against Walgreens, is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party shall bear its own costs, disbursements and attorney's fees incurred in connection with the dismissed claims and counterclaims.

Respectfully submitted,

By: */s/ John E. Carlson (with permission)*
John E. Carlson (P51379)
Steven Susser (P52940)
David L. Atallah (P73403)
CARLSON, GASKEY & OLDS, P.C.
400 W. Maple, Suite 350
Birmingham, Michigan  48009
Telephone:  (248) 988-8360
Facsimile:  (248) 988-8363
Email: jcarlson@cgolaw.com
      ssusser@cgolaw.com
      datallah@cgolaw.com

*Counsel for Plaintiff*
*PRN Technologies, Inc.*

By: */s/ Daniel S. Stringfield*
Timothy J. Malloy
Scott P. McBride
Stephanie Samz
Daniel S. Stringfield
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100
Email: tmalloy@mcandrews-ip.com
      smcbride@mcandrews-ip.com
      ssamz@mcandrews-ip.com
      dstringfield@mcandrews-ip.com

Clarence L. Pozza, Jr. (P24168)
Lara L. Kapalla (P67667)
Miller, Canfield, Paddock and Stone, PLC
150 West Jefferson, Suite 2500

Detroit, MI 48226
Telephone: (313) 963-6420
Email: pozza@millercanfield.com
       kapalla@millercanfield.com

*Counsel for Defendant*
*Walgreens Co.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2014, I caused to be transmitted by electronic mail a copy of the foregoing document to PRN's counsel of record:

CARLSON, GASKEY & OLDS, P.C.
John E. Carlson (P51379)
Steven Susser (P52940)
David L. Atallah (P73403)
400 W. Maple, Suite 350
Birmingham, MI 48009
(248) 988-8360
jcarlson@cgolaw.com
ssusser@cgolaw.com
datallah@cgolaw.com

/s/ Daniel S. Stringfield
Daniel S. Stringfield
McAndrews, Held & Malloy, Ltd.
500 West Madison Street
Suite 34
Chicago, IL 60661
dstringfield@mcandrews-ip.com
(312) 775-8000

and

Clarence L. Pozza, Jr.
Elisa Angeli Palizzi
Miller, Canfield, Paddock and Stone, PLC
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420
pozza@millercanfield.com
epalizzi@millercanfield.com